IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JASON ALLEN CELES,<br><br>                      Defendant. | CASE NO.: 1:20-CR-00056-NONE-SKO<br><br>ORDER GRANTING MOTION TO DISMISS THE INDICTMENT |

On this date the government moved to dismiss the Indictment in this case, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). That motion will be granted and the Indictment against defendant Jason Allen Celes is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**June 21, 2021**__                      _/s/ Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE